UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BEVERLY JORDAN,

    Plaintiff,                                     Case No. 17-cv-12393
                                                      Hon. Matthew F. Leitman

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## **JUDGMENT**

For the reasons stated in the Opinion and Order issued on this date, it is ORDERED and ADJUDGED that Plaintiff's Motion for Summary Judgment is GRANTED, Defendant's Motion for Summary Judgment is DENIED, and this action is **REMANDED** to the Commissioner for further administrative proceedings consistent with the R&R and the order.

                                       s/Matthew F. Leitman
                                       MATTHEW F. LEITMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: August 24, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 24, 2018, by electronic means and/or ordinary mail.

                                       s/Holly A. Monda
                                       Case Manager
                                       (810) 341-9764